Arthur G. Andersen, Plaintiff-Appellee, v. Robert Skiba and Ed Vree, d/b/a Vree's Grocery Store, Defendants-Appellants.

Gen. No. 49,370. 

First District, Third Division.

June 30, 1964.

Vogel & Vogel, of Chicago (L. H. Vogel, David F. Holland, and Dom J. Rizzi, of counsel), for appellants; Heller & Morris, of Chicago (Jerrold L. Morris and Gerald M. Chapman, of counsel), for appellee. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full.